The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

CVS PHARMACY, INC., a Rhode Island corporation,

Defendant.

Case No. 2:18-cv-01755-JLR

**STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE**

**NOTE ON MOTION CALENDAR:**

**APRIL 24, 2019**

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without costs or attorneys' fees to any party.

STIPULATED and AGREED this 24th day of April 2019.

| | |
|---|---|
| s/ Russell J. Reid | s/ Ryan P. Hammond |
| Russell J. Reid, WSBA #2560 | Ryan P. Hammond, WSBA #38888 |
| Thomas A. Leahy, WSBA #26365 | rhammond@littler.com |
| Reid, McCarthy, Ballew & Leahy LLP | LITTLER MENDELSON, P.C. |
| 100 West Harrison Street – North Tower #300 | One Union Square |
| Seattle, WA 98119 | 600 University Street, Suite 3200 |
| Tel: 206.285.0464 | Seattle, WA 98101.3122 |
| Email: rjr@rmbllaw.com | Telephone: (206) 623-3300 |
| tom@rmbllaw.com | |
| Attorneys for Plaintiff | Attorneys for Defendant |

STIPULATION AND REQUEST FOR ORDER OF DISMISSAL
WITH PREJUDICE - 1
Case No. 2:18-cv-01755-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

## ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that any and all claims brought, or that could have been brought, against Defendant in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: 25 April, 2019

_____
The Honorable James L. Robart
United States District Court Judge

*Presented by:*

*s/ Ryan P. Hammond*
Ryan P. Hammond (WSBA No. 38888)
rhammond@littler.com
LITTLER MENDELSON, P.C.

Attorneys for Defendant

*Approved as to form and content,
Notice of Presentation Waived:*

*s/ Russell J. Reid*
Russell J. Reid (WSBA No. 2560)
rjr@rmbllaw.com
Thomas A. Leahy (WSBA No. 26365)
tom@rmbllaw.com
Reid, McCarthy, Ballew & Leahy LLP

Attorneys for Plaintiff

STIPULATION AND REQUEST FOR ORDER OF DISMISSAL
WITH PREJUDICE - 2
Case No. 2:18-cv-01755-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on April 24, 2019, I electronically filed the foregoing **STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| *Attorneys for Plaintiff*<br><br>Russell J. Reid, WSBA #2560<br>Thomas A. Leahy, WSBA #26365<br>Reid, McCarthy, Ballew & Leahy LLP<br>100 West Harrison Street – North Tower #300<br>Seattle, WA 98119<br>Tel: 206.285.0464<br>Fax: 206.285.8925<br>Email: rjr@rmbllaw.com<br>       tom@rmbllaw.com<br>       shelly@rmbllaw.com | |

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on April 24, 2019, at Seattle, Washington.

/s/ *Tiffany D. Holiday*
Tiffany D. Holiday
tholiday@littler.com

FIRMWIDE:163979052.1 090867.1004

STIPULATION AND REQUEST FOR ORDER OF DISMISSAL
WITH PREJUDICE - 3
Case No. 2:18-cv-01755-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300